UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DALGAARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL ALLEN CIANCI and FULL THROTTLE MAGAZINE, INC.,<br><br>　　　　Defendants. | Case No. C04-5290FDB<br><br>ORDER GRANTING STAY |

　　　The parties have agreed to request that the Court enter a 90-day stay in this case. There is a case pending in the Middle Division of Florida, Tampa Division (*Paul Allen Cianci v. Christopher Dalgaard, Michal Dalgaard, et al.*, Case No. 8:04-cv-0884-T-27EAJ involving these parties, issues, in addition to other parties and issues, in which the mediation that has occurred, while not successful, has "opened the door to negotiations whereby a global settlement of all out-standing claims in both matter is likely to be reached." [sic] ("Agreed Stipulation" Dkt. # 24.)

　　　ACCORDINGLY, IT IS ORDERED: This cause of action is STAYED until April 4, 2006 and the parties shall advise the Court as soon as possible whether or not a settlement has been reached.

　　　DATED this 4th day of January, 2006.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1