UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DALGAARD,

    Plaintiff,

    v.

PAUL ALLEN CIANCI and FULL THROTTLE MAGAZINE, INC.,

    Defendants.

Case No. C04-5290FDB

ORDER ON STIPULATION FOR 90-DAY STAY

The parties request that the Court enter a 90-day stay of all deadlines in this matter in order that the parties may pursue settlement that they advise is likely to be reached and to give the parties time to finalize all terms thereof. ACCORDINGLY,

IT IS ORDERED:

1. A 90-day stay of all deadlines in this matter is GRANTED and all deadlines are stayed for 90-days from the entry of this Order.

2. The parties are ORDERED to advise the Court forthwith upon either (a) failure of the settlement negotiations so that new action dates may be set or (b) success of the settlement negotiations and advise that the cause of action may be dismissed.

DATED this 6th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1