UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DALGAARD,

    Plaintiff,

    v.

PAUL ALLEN CIANCI and FULL THROTTLE MAGAZINE, INC.,

    Defendants.

Case No. C04-5290FDB

ORDER CONTINUING STAY

This cause of action has been stayed per order of April 7, 2006 pending settlement negotiations. The parties now indicate that a global settlement of all out-standing claims in this matter and the separate action in Florida is likely to be reached. More time is needed, however, to finalize all terms. Therefore, the parties request that the stay continue in place until September 1, 2006. ACCORDINGLY,

IT IS ORDERED: The stay in this matter is continued until September 1, 2006; the parties shall advise the Court as soon as a settlement is reached or that a new case management order

DATED this 26th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1